ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -7 AM 10:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MONTGOMERY COUNTY BANK SHARES, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NO. |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust, | * * * * | CV 313-062 |
| Defendant. | * * | |

O R D E R

The captioned case was administratively closed on May 8, 2014 to allow the parties an opportunity to pursue settlement negotiations. On March 11, 2015, counsel for Plaintiff Montgomery County Bank Shares, Inc. ("Montgomery") was permitted to withdraw from the case as counsel of record. Because Montgomery is a corporate entity, the Court has warned it on two occasions that it must retain new counsel or risk permanent dismissal of the case. (See Doc. Nos. 20 & 22 (citing Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (stating that a corporation may not proceed *pro se* or by a representative or agent of the corporation)).) The Order of March 11, 2015, directed that new counsel enter a notice of appearance by March 31, 2015.

Montgomery has not obtained new counsel as directed. Further, other than the motion to withdraw as counsel, neither party has filed any document in the case since it was administratively closed. The Court readily concludes that Montgomery is simply not interested in prosecuting this matter. Accordingly, the case is hereby **DISMISSED**. The Clerk shall send a service copy of this Order to the following address:

> Montgomery County Bankshares, Inc.
> c/o Mr. Jon Polenberg
> Polenberg, Cooper, Saunders, & Riesberg, PL
> 1351 Sawgrass Corporate Parkway, Suite 101
> Ft. Lauderdale, FL 33323

**ORDER ENTERED** at Augusta, Georgia, this ___ day of May, 2015.

UNITED STATES DISTRICT JUDGE